IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:08CR458 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| SANG HO SHIN, ET AL., | ) | NOTICE OF APPEARANCE AND |
| | ) | <u>SUBSTITUTION OF COUNSEL</u> |
| Defendants. | ) | |

Now comes the United States of America, by and through its attorneys, Steven M. Dettelbach, United States Attorney, and Antoinette T. Bacon, Assistant United States Attorney, and hereby enters her appearance as attorney of record for the government in the within action, and respectfully requests this Court that she be substituted for, and in place of, Justin J. Roberts, for all further proceedings and notices in the within action, as attorney for the United States of America.

                                                    Respectfully submitted,

                                                    STEVEN M. DETTELBACH
                                                    United States Attorney

                       By:    /s/ Antoinette T. Bacon
                                Antoinette T. Bacon (DC: 474696)
                                Assistant United States Attorney
                                United States Court House
                                801 West Superior Avenue, Suite 400
                                Cleveland, OH 44113
                                (216) 622-3966
                                (216) 522-2403 (facsimile)
                                Antoinette.T.Bacon@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 16th day of July 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                /s/ Antoinette T. Bacon
                Antoinette T. Bacon
                Assistant U.S. Attorney